SMITH v. THE WESTERN UNION TELEGRAPH COMPANY.

In an action against a telegraph company for the recovery of the
statutory penalty, a declaration alleging that the company held,
and permitted a message delivered to it for transmission "to re-
main there in the sending office, or in the receiving office," for a
period of about thirty-six hours, and that "said company was·
grossly careless and negligent in the delivery of said message" to
the plaintiff, and "that for said gross negligence and disregard of
duty said company became liable to pay [the plaintiff] the penalty
of $100, as the statute provides," sufficiently charged a want of
due diligence on the part of the defendant. It was, moreover, the·
right of the plaintiff to amend by alleging in terms that the com-
pany failed to deliver the message "with due diligence."

July 23, 1894.                                    *Judgment reversed.*

Action for penalty.    Before Judge Hutchins.    Clarke superior court.    October term, 1893.

R. L. J. Smith and Lumpkin & Burnett, by Harrison & Peeples, for plaintiff.·  Dorsey, Brewster & Howell and George Dudley Thomas, for defendant.